USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-9-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

$96,900.00 IN UNITED STATES CURRENCY,

                      Defendant-in-rem.

------------------------------------------------------------x

1:18-cv-5993 (ALC)

**ORDER ADJOURNING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Court's Order dated December 9, 2019, the status conference scheduled for today December 9, 2019, is ADJOURNED.

**SO ORDERED.**

**Dated:** December 9, 2019

       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**